United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 14-19811-ref
Alfredo A. Dominguez                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: Keith | Page 1 of 1 | Date Rcvd: Aug 11, 2016 |
| | Form ID: 155 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2016.
db              +Alfredo A. Dominguez,    347 N. 2nd St., Rear,    Allentown, PA 18102-3537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2016 at the address(es) listed below:
      DALE  R. WILES    on behalf of Defendant   City Of Allentown Dale.Wiles@allentownpa.gov
      FRANCES A. FRUHWIRTH    on behalf of Defendant   City Of Allentown
      Frances.Fruhwirth@allentownpa.gov
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JAMES RANDOLPH WOOD    on behalf of Creditor   Allentown School District and Public Asset
      Management Inc., assignee of the Allentown School District jwood@portnoffonline.com,
      jwood@ecf.inforuptcy.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Green Tree Servicing LLC bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      KEVIN K. KERCHER    on behalf of Plaintiff Alfredo A. Dominguez kevinkk@kercherlaw.com
      KEVIN K. KERCHER    on behalf of Debtor Alfredo A. Dominguez kevinkk@kercherlaw.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
      MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor   The Bank Of New York Mellon Et al.
      paeb@fedphe.com
      PHILLIP D. BERGER    on behalf of Creditor   Susquehanna Bank berger@bergerlawpc.com,
      kaufmann@bergerlawpc.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  HRONIS   on behalf of Mediator William  Hronis william.hronis@gmail.com,   hronis@rcn.com
                                                               TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Alfredo A. Dominguez

              Debtor(s)

Chapter: 13

Bankruptcy No: 14–19811–ref

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this August 11, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Richard E. Fehling
                                      Judge ,
                                      United States Bankruptcy Court