## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **ALFREDO A. DOMINGUEZ,** | : | CHAPTER 13 |
| **Debtor** | : | BKRTCY. NO. 14-19811 REF |

### ORDER

AND NOW, upon the filing of the Application for Compensation and Reimbursement of Expenses of Kevin K. Kercher, Esquire, Attorney for Debtor in the total amount of $19,600.00 in compensation and $789.46 in expenses is hereby approved.

**Date: August 17, 2016**

BY THE COURT:

**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**

Suggested Distribution:

U.S. Trustee's Office
833 Chestnut Street, Suite #500
Philadelphia, PA 19107

Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2
Whitehall, PA 18052
**Attorney for Debtor**

Frederick L. Reigle, Esquire
**Standing Chapter 13 Trustee**
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Alfredo A. Dominguez
347 N. 2nd St., Rear
Allentown, PA 18102
**Debtor**