United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alfredo A. Dominguez  
       Debtor

Case No. 14-19811-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Aug 17, 2016  
                    Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2016.
```
db         +Alfredo A. Dominguez,    347 N. 2nd St., Rear,    Allentown, PA 18102-3537
cr         +Allentown School District and Public Asset Managem,    c/o Portnoff Law Associates, Ltd.,
             P.O. Box 3020,    Norristown, PA 19404-3020
cr         +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr         +Susquehanna Bank,   9 North High Street, MC 232,    West Chester, PA 19380-3002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: camila.yellowrobe@ditech.com Aug 18 2016 01:35:32      Ditech Financial LLC,
             1400 Turbine Drive Suite 200,    Rapid City, SD  57703,    US 57703-4719
                                                                                           TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2016 at the address(es) listed below:
```
          DALE  R. WILES    on behalf of Defendant    City Of Allentown Dale.Wiles@allentownpa.gov
          FRANCES A. FRUHWIRTH    on behalf of Defendant    City Of Allentown
           Frances.Fruhwirth@allentownpa.gov
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District and Public Asset
           Management Inc., assignee of the Allentown School District jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN K. KERCHER    on behalf of Plaintiff Alfredo A. Dominguez kevinkk@kercherlaw.com
          KEVIN K. KERCHER    on behalf of Debtor Alfredo A. Dominguez kevinkk@kercherlaw.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    The Bank Of New York Mellon Et al.
           paeb@fedphe.com
          PHILLIP D. BERGER    on behalf of Creditor    Susquehanna Bank berger@bergerlawpc.com,
           kaufmann@bergerlawpc.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM HRONIS    on behalf of Mediator William Hronis william.hronis@gmail.com, hronis@rcn.com
                                                                                           TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :
   ALFREDO A. DOMINGUEZ,        :    CHAPTER 13
                                :
      Debtor              :    BKRTCY. NO. 14-19811 REF

## ORDER

AND NOW, upon the filing of the Application for Compensation and Reimbursement of Expenses of Kevin K. Kercher, Esquire, Attorney for Debtor in the total amount of $19,600.00 in compensation and $789.46 in expenses is hereby approved.

**Date: August 17, 2016**

BY THE COURT:

_____
**RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE**

Suggested Distribution:

U.S. Trustee's Office
833 Chestnut Street, Suite #500
Philadelphia, PA 19107

Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2
Whitehall, PA 18052
**Attorney for Debtor**

Frederick L. Reigle, Esquire
**Standing Chapter 13 Trustee**
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Alfredo A. Dominguez
347 N. 2nd St., Rear
Allentown, PA 18102
**Debtor**