IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>ALFREDO A. DOMINGUEZ,<br><br>Debtor, | Bankruptcy No. 14-19811-ref<br><br>Chapter 13<br><br>Doc. No. |
|---|---|

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement **Notice of Mortgage Payment Change** filed by **Ditech Financial LLC**;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **the subject Notice of Mortgage Payment Change forthwith**.

**Ditech Financial LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before February 17, 2017** .

BY THE COURT:

**Date: February 6, 2017**

_____
Hon. Richard E. Fehling
U.S. Bankruptcy Court Chief Judge