United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 14-19811-ref
Alfredo A. Dominguez                                                                      Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv              Page 1 of 2            Date Rcvd: Feb 06, 2017
                               Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2017.
db             +Alfredo A. Dominguez,    347 N. 2nd St., Rear,    Allentown, PA 18102-3537
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr             +Allentown School District and Public Asset Managem,    c/o Portnoff Law Associates, Ltd.,
                P.O. Box 3020,   Norristown, PA 19404-3020
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr.,   Richardson, TX 75082-4333
cr             +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Susquehanna Bank,    9 North High Street, MC 232,    West Chester, PA 19380-3002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: roberts12@dnb.com Feb 07 2017 02:04:16    Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBINOTICE@state.pa.us Feb 07 2017 02:04:12
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2017 02:04:20    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2017 02:04:04    Ditech Financial LLC,
                1400 Turbine Drive Suite 200,    Rapid City, SD  57703,   US 57703-4719
                                                                                           TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
          DALE  R. WILES   on behalf of Defendant   City Of Allentown Dale.Wiles@allentownpa.gov
          FRANCES A. FRUHWIRTH   on behalf of Defendant   City Of Allentown
          Frances.Fruhwirth@allentownpa.gov
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD   on behalf of Creditor   Allentown School District and Public Asset
          Management Inc., assignee of the Allentown School District jwood@portnoffonline.com,
          jwood@ecf.inforuptcy.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Green Tree Servicing LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          KEVIN K. KERCHER   on behalf of Plaintiff Alfredo A. Dominguez kevinkk@kercherlaw.com
          KEVIN K. KERCHER   on behalf of Debtor Alfredo A. Dominguez kevinkk@kercherlaw.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          MATTHEW GREGORY BRUSHWOOD   on behalf of Creditor   The Bank Of New York Mellon Et al.
          paeb@fedphe.com
          PETER J. ASHCROFT   on behalf of Creditor   Ditech Financial LLC pashcroft@bernsteinlaw.com,
          pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
          rive.com
          PHILLIP D. BERGER   on behalf of Creditor   Susquehanna Bank berger@bergerlawpc.com,
          kaufmann@bergerlawpc.com
          THOMAS I. PULEO   on behalf of Creditor   Green Tree Servicing LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4          User: dlv                Page 2 of 2            Date Rcvd: Feb 06, 2017
                             Form ID: pdf900          Total Noticed: 13

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          WILLIAM  HRONIS   on behalf of Mediator William  Hronis william.hronis@gmail.com,  hronis@rcn.com
                                                                                    TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 14-19811-ref |
| ALFREDO A. DOMINGUEZ, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement **Notice of Mortgage Payment Change** filed by **Ditech Financial LLC**;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.     This Motion is **GRANTED**.

2.     The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **the subject Notice of Mortgage Payment Change forthwith**.

**Ditech Financial LLC** shall  file redacted copies of the document(s) identified in Paragraph 2 above **on or before February 17, 20**17 .

BY THE COURT:

**Date: February 6, 2017**

_____
Hon. Richard E. Fehling
U.S. Bankruptcy Court Chief Judge