UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| ALFREDO A. DOMINGUEZ, | : CHAPTER 13 |
| | : |
| Debtor | : BKRTCY. NO. 14-19811 REF |

### ORDER ON DEBTOR'S MOTION TO MODIFY PLAN POST-CONFIRMATION

AND NOW, upon consideration of the Motion of Debtor to Modify Plan Post-Confirmation,

IT IS **ORDERED** that the Motion is **GRANTED**, and it is

FURTHER **ORDERED** that Debtor's Fifth Amended Chapter 13 Plan (Post-Confirmation) as attached to the Motion to Modify shall is approved, and same be and hereby is made the confirmed Chapter 13 Plan as proposed by the Debtor.

**Date: June 27, 2017**

BY THE COURT:

_____
**RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE**