United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 14-19811-ref
Alfredo A. Dominguez                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                Page 1 of 1                  Date Rcvd: Jun 27, 2017
                              Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2017.
db         +Alfredo A. Dominguez,    347 N. 2nd St., Rear,   Allentown, PA 18102-3537
cr         +Allentown School District and Public Asset Managem,    c/o Portnoff Law Associates, Ltd.,
             P.O. Box 3020,   Norristown, PA 19404-3020
cr         +BANK OF AMERICA, N.A.,    2380 Performance Dr.,   Richardson, TX 75082-4333
cr         +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr         +Susquehanna Bank,   9 North High Street, MC 232,   West Chester, PA 19380-3002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: bankruptcy.bnc@ditech.com Jun 28 2017 01:22:50      Ditech Financial LLC,
             1400 Turbine Drive Suite 200,   Rapid City, SD  57703,   US 57703-4719
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2017 at the address(es) listed below:
              DALE  R. WILES    on behalf of Defendant    City Of Allentown Dale.Wiles@allentownpa.gov
              FRANCES A. FRUHWIRTH    on behalf of Defendant    City Of Allentown
               Frances.Fruhwirth@allentownpa.gov
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District and Public Asset
               Management Inc., assignee of the Allentown School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Plaintiff Alfredo A. Dominguez kevinkk@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Debtor Alfredo A. Dominguez kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    The Bank Of New York Mellon Et al.
               paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              PHILLIP D. BERGER    on behalf of Creditor    Susquehanna Bank berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              THOMAS I. PULEO    on behalf of Creditor    Green Tree Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  HRONIS    on behalf of Mediator William  Hronis william.hronis@gmail.com, hronis@rcn.com
                                                                                               TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : |
| **ALFREDO A. DOMINGUEZ,** | : CHAPTER 13 |
| | : |
| **Debtor** | : BKRTCY. NO. 14-19811 REF |

**ORDER ON DEBTOR'S MOTION TO MODIFY PLAN POST-CONFIRMATION**

AND NOW, upon consideration of the Motion of Debtor to Modify Plan Post-Confirmation,

IT IS **ORDERED** that the Motion is **GRANTED,** and it is

FURTHER **ORDERED** that Debtor's Fifth Amended Chapter 13 Plan (Post-Confirmation) as attached to the Motion to Modify shall is approved, and same be and hereby is made the confirmed Chapter 13 Plan as proposed by the Debtor.

**BY THE COURT:**

**Date: June 27, 2017**

_____
**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**