IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALFREDO A. DOMINGUEZ, : | CHAPTER 13 |
| Debtor : | No. 14-19811-ref |

### AMENDED CERTIFICATE OF SERVICE

I, Phillip D. Berger, Esquire, do hereby certify that on May 7, 2018, I caused a true and correct copy of the foregoing Motion Seeking Relief From Automatic Stay, Notice of Motion, and proposed Order to be filed electronically.

Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Further, the foregoing Motion, Notice of Motion, and proposed Order was served on May 7, 2018, on the following party via first-class mail, postage prepaid:

Alfredo A. Dominguez
347 North 2nd Street, Rear
Allentown, PA  18102

BERGER LAW GROUP, P.C.

Dated: May 7, 2018    By:    /s/: Phillip D. Berger, Esq.
PHILLIP D. BERGER, ESQUIRE
PA ID #58942
919 Conestoga Road
Building 3, Suite 114
Rosemont, PA  19010
*Attorneys for Creditor BB&T Bank*