IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ALFREDO A. DOMINGUEZ, | CHAPTER 13 |
| Debtor | No. 14-19811-ref |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

BB&T, successor by merger to Susquehanna Bank has filed a Joint Motion to Obtain secured Post-Petition Financing Pursuant to Section 364(d) of the Bankruptcy Code and for Relief from Stay.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 24, 2018, you or your attorney must do all of the following:

    (a)   file an answer explaining your position at:

        United States Bankruptcy Court
        The Madison Building
        400 Washington Street, Suite 301
        Reading, PA  19503

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)   mail a copy to the movant's attorney

        Phillip D. Berger, Esq.
        Berger Law Group, P.C.
        919 Conestoga Road
        Building 3, Suite 114
        Rosemont, PA  19010

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on May 31, 2018, at 9:30 a.m., in Courtroom Number 1, United States Bankruptcy Court, 400 Washington Street, Reading, PA 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

BERGER LAW GROUP, P.C.

Dated: May 8, 2018    By:    /s/: Phillip D. Berger, Esq.
PHILLIP D. BERGER, ESQUIRE
PA ID #58942
919 Conestoga Road
Building 3, Suite 114
Rosemont, PA 19010
*Attorneys for Creditor BB&T Bank*