## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ALFREDO A. DOMINGUEZ,  :  CHAPTER 13

Debtor  :  No. 14-19811-ref

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362

AND NOW, this __1__ day of __June__, 2018, upon consideration of secured creditor BB&T Bank, successor by merger to Susquehanna Bank ("BB&T") Motion for Relief from Stay (the "Motion"), and after notice and hearing thereon and appearing that due cause exists for the relief requested; it is

ORDERED that the automatic stay provisions of 11 U.S.C. § 362 are hereby unconditionally terminated with respect to BB&T; and it is further

ORDERED that BB&T shall be entitled to enforce its state court rights and remedies regarding the real property known as and located at 345-346 North 2nd Street, Allentown, Pennsylvania; and it is further

ORDERED that this Order shall survive a dismissal or termination of the within bankruptcy case and shall be binding upon the Debtor and the Trustee appointed herein.

BY THE COURT:

RICHARD E. FEHLING
United States Bankruptcy Judge