# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALFREDO A. DOMINGUEZ, | : | CHAPTER 13 |
| Debtor | : | No. 14-19811-ref |

## ORDER

AND NOW, this __1__ day of __June__, 2018, upon consideration of the Joint Motion of Debtor Alfredo A. Dominguez ("Dominguez") and Secured Creditor BB&T Bank, successor by merger to Susquehanna Bank ("BB&T") Authorizing Debtor to Obtain Secured Post-Petition Financing Pursuant to Section 364(d) of the Bankruptcy Code and for Relief from Stay, and after notice and hearing thereon and appearing that due cause exists for the relief requested; it is

ORDERED that the Forbearance Agreement dated April 9, 2018, executed by Debtor Dominquez and BB&T (the "Forbearance Agreement") is hereby authorized by this Court pursuant to Section 364(d) of the Bankruptcy Code; and it is further

ORDERED that the Forbearance Agreement will have priority over and will be senior to all other administrative expense claims and existing liens and claims secured by or against all assets (pre-petition and post-petition) of the Debtor, subject to a carve-out for professional fees, United States Trustee's fees and expenses to be determined; and it is further

ORDERED that should the Debtor default under the terms of the Forbearance Agreement, BB&T shall be immediately granted relief from the automatic stay provisions of 11 U.S.C. § 362; and it is further

ORDERED that this Order shall survive a dismissal or termination of the within bankruptcy case and shall be binding upon the Debtor and the Trustee appointed herein.

BY THE COURT:

RICHARD E. FEHLING
United States Bankruptcy Judge