United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 14-19811-ref
Alfredo A. Dominguez                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                 Page 1 of 2              Date Rcvd: Jun 01, 2018
                              Form ID: pdf900           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db         +Alfredo A. Dominguez,   347 N. 2nd St., Rear,   Allentown, PA 18102-3537
cr         +Allentown School District and Public Asset Managem,   c/o Portnoff Law Associates, Ltd.,
             P.O. Box 3020,   Norristown, PA 19404-3020
cr         +BANK OF AMERICA, N.A.,   2380 Performance Dr.,   Richardson, TX 75082-4333
cr         +BB&T Bank, successor by merger to Susquehanna Bank,   P. O. Box 1847,   Wilson, NC 27894-1847
cr         +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,   7105 Corporate Drive,
             PLANO, TX 75024-4100
cr         +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr         +Susquehanna Bank,   9 North High Street, MC 232,   West Chester, PA 19380-3002
cr         +THE BANK OF NEW YORK MELLON,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr         +THE BANK OF NEW YORK MELLON, FKA,   7105 Corporate Drive,   PLANO, TX 75024-4100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: bankruptcy.bnc@ditech.com Jun 02 2018 03:01:53    Ditech Financial LLC,
             1400 Turbine Drive Suite 200,   Rapid City, SD  57703,   US 57703-4719
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,   7105 Corporate Drive,
             PLANO, TX 75024-4100
cr*        +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,   7105 Corporate Drive,
             PLANO, TX 75024-4100
cr*        +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,   7105 Corporate Drive,
             PLANO, TX 75024-4100
cr*        +Bank of America, N.A.,   THE BANK OF NEW YORK MELLON FKA THE BANK,   7105 Corporate Drive,
             PLANO, TX 75024-4100
cr*        +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
              DALE   R. WILES    on behalf of Defendant    City Of Allentown Dale.Wiles@allentownpa.gov
              FRANCES A. FRUHWIRTH    on behalf of Defendant    City Of Allentown
               Frances.Fruhwirth@allentownpa.gov
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District and Public Asset
               Management Inc., assignee of the Allentown School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Plaintiff Alfredo A. Dominguez kevinkk@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Debtor Alfredo A. Dominguez kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    The Bank Of New York Mellon Et al.
               paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              PHILLIP D. BERGER    on behalf of Creditor    Susquehanna Bank berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              PHILLIP D. BERGER    on behalf of Creditor    BB&T Bank, successor by merger to Susquehanna Bank
               berger@bergerlawpc.com,   kaufmann@bergerlawpc.com

```
District/off: 0313-4           User: dlv                  Page 2 of 2                   Date Rcvd: Jun 01, 2018
                               Form ID: pdf900            Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    Green Tree Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  HRONIS    on behalf of Mediator William  Hronis william.hronis@gmail.com, hronis@rcn.com
        TOTAL: 15

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALFREDO A. DOMINGUEZ, | CHAPTER 13 |
| Debtor | No. 14-19811-ref |

**ORDER GRANTING RELIEF FROM THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362**

AND NOW, this __1__ day of __June__, 2018, upon consideration of secured creditor BB&T Bank, successor by merger to Susquehanna Bank ("BB&T") Motion for Relief from Stay (the "Motion"), and after notice and hearing thereon and appearing that due cause exists for the relief requested; it is

ORDERED that the automatic stay provisions of 11 U.S.C. § 362 are hereby unconditionally terminated with respect to BB&T; and it is further

ORDERED that BB&T shall be entitled to enforce its state court rights and remedies regarding the real property known as and located at 345-346 North 2nd Street, Allentown, Pennsylvania; and it is further

ORDERED that this Order shall survive a dismissal or termination of the within bankruptcy case and shall be binding upon the Debtor and the Trustee appointed herein.

BY THE COURT:

_____
RICHARD E. FEHLING
United States Bankruptcy Judge