United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-19811-ref
Alfredo A. Dominguez                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv                Page 1 of 2                Date Rcvd: Jun 01, 2018
                                Form ID: pdf900          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db             +Alfredo A. Dominguez,    347 N. 2nd St., Rear,    Allentown, PA 18102-3537
cr             +Allentown School District and Public Asset Managem,     c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,   Norristown, PA 19404-3020
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr             +BB&T Bank, successor by merger to Susquehanna Bank,     P. O. Box 1847,    Wilson, NC 27894-1847
cr             +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Susquehanna Bank,    9 North High Street, MC 232,    West Chester, PA 19380-3002
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON, FKA,    7105 Corporate Drive,    PLANO, TX 75024-4100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Jun 02 2018 03:01:53     Ditech Financial LLC,
                 1400 Turbine Drive Suite 200,   Rapid City, SD  57703,    US 57703-4719
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
                                                                                TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
              DALE  R. WILES    on behalf of Defendant    City Of Allentown Dale.Wiles@allentownpa.gov
              FRANCES A. FRUHWIRTH    on behalf of Defendant    City Of Allentown
               Frances.Fruhwirth@allentownpa.gov
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District and Public Asset
               Management Inc., assignee of the Allentown School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Plaintiff Alfredo A. Dominguez kevinkk@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Debtor Alfredo A. Dominguez kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    The Bank Of New York Mellon Et al.
               paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              PHILLIP D. BERGER    on behalf of Creditor    Susquehanna Bank berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              PHILLIP D. BERGER    on behalf of Creditor    BB&T Bank, successor by merger to Susquehanna Bank
               berger@bergerlawpc.com, kaufmann@bergerlawpc.com

```
District/off: 0313-4           User: dlv                   Page 2 of 2                   Date Rcvd: Jun 01, 2018
                               Form ID: pdf900             Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      THOMAS I. PULEO   on behalf of Creditor    Green Tree Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM   HRONIS   on behalf of Mediator William  Hronis william.hronis@gmail.com, hronis@rcn.com
                                                                                                                                                         TOTAL: 15

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALFREDO A. DOMINGUEZ, | CHAPTER 13 |
| Debtor | No. 14-19811-ref |

## ORDER

AND NOW, this **1** day of **June**, 2018, upon consideration of the Joint Motion of Debtor Alfredo A. Dominguez ("Dominguez") and Secured Creditor BB&T Bank, successor by merger to Susquehanna Bank ("BB&T") Authorizing Debtor to Obtain Secured Post-Petition Financing Pursuant to Section 364(d) of the Bankruptcy Code and for Relief from Stay, and after notice and hearing thereon and appearing that due cause exists for the relief requested; it is

ORDERED that the Forbearance Agreement dated April 9, 2018, executed by Debtor Dominquez and BB&T (the "Forbearance Agreement") is hereby authorized by this Court pursuant to Section 364(d) of the Bankruptcy Code; and it is further

ORDERED that the Forbearance Agreement will have priority over and will be senior to all other administrative expense claims and existing liens and claims secured by or against all assets (pre-petition and post-petition) of the Debtor, subject to a carve-out for professional fees, United States Trustee's fees and expenses to be determined; and it is further

ORDERED that should the Debtor default under the terms of the Forbearance Agreement, BB&T shall be immediately granted relief from the automatic stay provisions of 11 U.S.C. § 362; and it is further

ORDERED that this Order shall survive a dismissal or termination of the within bankruptcy case and shall be binding upon the Debtor and the Trustee appointed herein.

BY THE COURT:

RICHARD E. FEHLING
United States Bankruptcy Judge