United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-19811-elf
Alfredo A. Dominguez                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Antoinett    Page 1 of 1    Date Rcvd: Dec 24, 2019
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13467029       E-mail/Text: bankruptcy.bnc@ditech.com Dec 24 2019 23:03:44     Green Tree Servicing, LLC,
         P.O. Box 6154,   Rapid City, SD 57709-6154,   Telephone number: 888-298-7785
                                                                                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2019                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:
      DALE R. WILES   on behalf of Defendant   City Of Allentown Dale.Wiles@allentownpa.gov
      FRANCES A. FRUHWIRTH   on behalf of Defendant   City Of Allentown
       Frances.Fruhwirth@allentownpa.gov
      JAMES RANDOLPH WOOD   on behalf of Creditor   Allentown School District and Public Asset
       Management Inc., assignee of the Allentown School District jwood@portnoffonline.com,
       jwood@ecf.inforuptcy.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Green Tree Servicing LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      KEVIN K. KERCHER   on behalf of Debtor Alfredo A. Dominguez kevinkk@kercherlaw.com,
       kevin@kercherlaw.com
      KEVIN K. KERCHER   on behalf of Plaintiff Alfredo A. Dominguez kevinkk@kercherlaw.com,
       kevin@kercherlaw.com
      LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      MATTHEW GREGORY BRUSHWOOD   on behalf of Creditor   The Bank Of New York Mellon Et al.
       paeb@fedphe.com
      PETER J. ASHCROFT   on behalf of Creditor   Ditech Financial LLC pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      PHILLIP D. BERGER   on behalf of Creditor   Susquehanna Bank berger@bergerlawpc.com,
       kaufmann@bergerlawpc.com
      PHILLIP D. BERGER   on behalf of Creditor   BB&T Bank, successor by merger to Susquehanna Bank
       berger@bergerlawpc.com, kaufmann@bergerlawpc.com
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
      THOMAS I. PULEO   on behalf of Creditor   Green Tree Servicing LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM HRONIS   on behalf of Mediator William Hronis william.hronis@gmail.com, hronis@rcn.com
                                                                                                                                                                          TOTAL: 15

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-19811-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Alfredo A. Dominguez
347 N. 2nd St., Rear
Allentown PA 18102

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/17/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, SD 57709-6154, Telephone number: 888-298-7785 | NewRez LLC d/b/a Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/26/19

Tim McGrath
**CLERK OF THE COURT**