| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 14-19811-PMM

ALFREDO A. DOMINGUEZ  
347 N. 2ND ST., REAR  
ALLENTOWN  PA    18102

Petition Filed Date: 12/15/2014  
341 Hearing Date: 02/24/2015  
Confirmation Date: 08/11/2016

Case Status: Completed on 8/11/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $930.00 | 25660003487 | 02/20/2019 | $930.00 | 950886685 | 03/18/2019 | $930.00 | 950887260 |
| 04/15/2019 | $930.00 | 953084340 | 05/10/2019 | $930.00 | 953083170 | 06/25/2019 | $930.00 | 953084125 |
| 07/09/2019 | $930.00 | 953084755 | 08/13/2019 | $930.00 | 955642948 | 09/17/2019 | $930.00 | 955643681 |
| 10/15/2019 | $930.00 | 955644254 | 11/12/2019 | $930.00 | 955644761 | 12/17/2019 | $930.00 | 957905537 |
| 06/02/2020 | $465.00 | 960639952 | 06/19/2020 | $465.00 | 960637645 | 08/11/2020 | $731.59 | 960638321 |

**Total Receipts for the Period: $12,821.59    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $43,631.59**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 13 | AMERICAN EXPRESS NATIONAL BANK  »» 013 | Unsecured Creditors | $2,285.05 | $0.00 | $2,285.05 |
| 14 | AMERICAN EXPRESS NATIONAL BANK  »» 014 | Unsecured Creditors | $1,083.42 | $0.00 | $1,083.42 |
| 8 | ALLENTOWN SCHOOL DISTRICT  »» 008 | Secured Creditors | $9,002.41 | $9,002.41 | $0.00 |
| 9 | ALLENTOWN SCHOOL DISTRICT  »» 009 | Secured Creditors | $5,650.96 | $5,650.96 | $0.00 |
| 10 | ALLENTOWN SCHOOL DISTRICT  »» 010 | Secured Creditors | $407.83 | $407.83 | $0.00 |
| 11 | ALLENTOWN SCHOOL DISTRICT  »» 011 | Secured Creditors | $794.26 | $794.26 | $0.00 |
| 15 | BERKHEIMER TAX ADMINISTRATOR  »» 015 | Priority Crediors | $47.00 | $47.00 | $0.00 |
| 12 | BANK OF AMERICA  N.A.  »» 012 | Mortgage Arrears | $6.56 | $6.56 | $0.00 |
| 16 | CITY OF ALLENTOWN  »» 16A | Secured Creditors | $321.18 | $321.18 | $0.00 |
| 16 | CITY OF ALLENTOWN  »» 16B | Secured Creditors | $1,324.47 | $1,324.47 | $0.00 |
| 16 | CITY OF ALLENTOWN  »» 16C | Secured Creditors | $1,423.13 | $1,423.13 | $0.00 |
| 16 | CITY OF ALLENTOWN  »» 16D | Priority Crediors | $316.73 | $316.73 | $0.00 |
| 3 | CITY OF ALLENTOWN  »» 003 | Secured Creditors | $966.00 | $966.00 | $0.00 |
| 4 | CITY OF ALLENTOWN  »» 004 | Secured Creditors | $598.31 | $598.31 | $0.00 |

**Chapter 13 Case No. 14-19811-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 5 | CITY OF ALLENTOWN<br>»» 005 | Secured Creditors | $1,439.99 | $1,439.99 | $0.00 |
| 17 | EXPRESS WORKING CAPITAL LLC<br>»» 017 | Unsecured Creditors | $108,713.77 | $0.00 | $108,713.77 |
| 7 | NEWREZ LLC  D/B/A<br>»» 007 | Mortgage Arrears | $2,471.87 | $2,471.87 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $998.58 | $998.58 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $802.06 | $143.63 | $658.43 |
| 6 | SUSQUEHANNA BANK<br>»» 06A | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | SUSQUEHANNA BANK<br>»» 06B | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | SUSQUEHANNA BANK<br>»» 06C | Unsecured Creditors | $15,899.25 | $0.00 | $15,899.25 |
| 2 | SPECIALIZED LOAN SERVICING LLC<br>»» 002 | Mortgage Arrears | $11.11 | $11.11 | $0.00 |
| 18 | KEVIN K KERCHER ESQ<br>»» 018 | Attorney Fees | $13,364.46 | $13,364.46 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,631.59 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $39,288.48 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,684.68 | Total Plan Base: | $43,631.59 |
| Funds on Hand: | $658.43 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.