United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-19811-pmm
Alfredo A. Dominguez                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: YvetteWD             Page 1 of 3              Date Rcvd: Sep 09, 2020
                              Form ID: 138NEW            Total Noticed: 65
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
```
db             +Alfredo A. Dominguez,    347 N. 2nd St., Rear,    Allentown, PA 18102-3537
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
cr             +BANK OF AMERICA, N.A.,    7105 Corporate Drive,    PLANO, TX 75024-4100
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr             +BB&T Bank, successor by merger to Susquehanna Bank,    P. O. Box 1847,    Wilson, NC 27894-1847
cr             +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr             +Ditech Financial LLC,    1400 Turbine Drive Suite 200,    Rapid City, SD  57703,    US 57703-4719
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr              Ditech Financial LLC f/k/a Green Tree Servicing LL,    PO Box 6154,    Rapid City, SD  57709-6154
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON, FKA,    7105 Corporate Drive,    PLANO, TX 75024-4100
13487372       +Allentown School District and Public Asset Managem,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,   Norristown, PA 19404-3020
13440495       +Amato Keating And Lessa PC,    107 N. Commerce Way, Ste. 100,    Bethlehem, PA 18017-8913
13510185        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13440498        Bank Of America,    P.O. Box 15222,    Wilmington, DE  19886-5222
13440499       +Bank Of America,    Fleet National Bank,    2001 NE 46th Street,    Kansas City, MO 64116-2051
13519679        Berkheimer Assoc., Agent for Allentown City,    c/o David R. Gordon, Esq.,    1883 Jory Road,
                 Pen Argyl, PA 18072
13440500        Berkheimer Tax Administrator,    P.O. Box 25144,    Lehigh Valley, PA 18002-5144
13440501        City Of Allentown,    P.O. Box 1846,    Allentown, PA 18105-1846
13459385       +City of Allentown,    c/o Northeast Revenue Service, LLC,    15 Public Square, Suite 202,
                 Wilkes-Barre, PA 18701-1703
13440503       +County Of Lehigh,    Fiscal Office - Room 119,    17 S. Seventh Street,
                 Allentown, PA 18101-2401
13440504       +Diversified Adjustment Services, Inc.,    600 Coon Rapids Blvd.,    Coon Rapids, MN 55433-5549
13440506        EMA Recovery Services,    PO Box 3143,    Secaucus, NJ  07096-3143
13440507       +Express Working Capital LLC,    545 E. John Carpenter Freeway, Ste. 670,    Irving, TX 75062-8169
13440508       +First Data Gobal Leasing,    P.O. Box 173845,    Denver, CO 80217-3845
13440509       +FirstSource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
13467029      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court:  Green Tree Servicing, LLC,     P.O. Box 6154,
                 Rapid City, SD 57709-6154,    Telephone number: 888-298-7785)
13440510        Green Tree,    PO Box 6172,    Rapid City, SD  57709-6172
13440514       +Keystone Collections Group,    546 Wendel Rd.,    Irwin, PA 15642-7539
13777773       +Law Office of Kevin K. Kercher,    881 Third St., Ste. C-2,    Whitehall, PA 18052-5930
13440515       +MBF Leasing, LLC,    16W281 W. 83rd Street,    Burr Ridge, IL 60527-7928
13440516       +MRS Associates,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14440439        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
13440518       +Northeast Revenue Service,    640 Hamilton St., 4th Floor,    Allentown, PA 18101-2110
13440519        PA/DOR,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
13440520       +Penn Credit,    P.O. Box 988,    916 S 14th Street,    Harrisburg, PA 17104-3425
13440521        Petron Associates,    PO Box 5598,    Newark, NJ  19714-5598
13440522       +Phillip D. Berger, Esquire,    11 Elliot Ave., Suite #100,    Bryn Mawr, PA 19010-3407
13440524       +Richard T. Avis, And Associates,    3715 Ventura Drive,    Arlington Heights, IL 60004-7678
13440527       +SLS,    8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386
13440525        Sacred Heart Healthcare System,    Lockbox 3807, Box 8500,    Philadelphia, PA  19178-3807
13440526       +Sage Capital Recovery,    1040 Kinngs Hwy. N.,    Cherry Hill, NJ 08034-1908
13456906       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13440529       +Susquehanna Bank,    9 E. Main St., PO Box 1000,    Litittz, PA 17543-7000
13440530       +Susquehanna Bank,    9 E. Main St., PO Box 1000,    Lititz, PA 17543-7000
13464539       +Susquehanna Bank,    9 North High Street, MC 232,    West Chester, PA 19380-3002
13494017       +The Bank of New York Mellon, Et al.,    Bank of America, N.A.,    7105 Corporate Drive,
                 Plano, TX 75024-4100
13440532       +Transworld Systems, Inc.,    980 Harvest Drive, Suite #202,    Blue Bell, PA 19422-1955
13440533       +Veldos LLC,    PO Box 358,    Ramsey, NJ 07446-0358
13440534       +Wesley McDowell, Esq.,    545 John Carpenter Freeway, Ste. 670,    Irving, TX 75062-8169
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 10 2020 05:02:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13440494        E-mail/Text: amscbankruptcy@adt.com Sep 10 2020 05:03:09      ADT Security Services,
                 P.O. Box 371878,    Pittsburgh, PA  15250-7878
13440502        E-mail/Text: coabankruptcy@allentownpa.gov Sep 10 2020 05:02:30      City Of Allentown,
                 435 Hamilton St, Room #215,    Allentown, PA  18101
```

```
District/off: 0313-4           User: YvetteWD            Page 2 of 3                  Date Rcvd: Sep 09, 2020
                               Form ID: 138NEW           Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13440505       +E-mail/Text: elliot@sussmanlaw.net Sep 10 2020 05:02:36      Eliyahu R. Babad,
                 132 W. 31st Street, Suite #1320,   New York, NY 10001-3406
13440511        E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 10 2020 05:02:35      IRS Insolvency Unit,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
13440512       +E-mail/Text: elliot@sussmanlaw.net Sep 10 2020 05:02:36      Joseph I. Sussman, PC,
                 132 W. 31st Street, Suite #1320,   New York, NY 10001-3406
13440513        E-mail/Text: cs.bankruptcy@jmcbiz.com Sep 10 2020 05:03:10      Joseph Mann & Creed,
                 P.O. Box 22253,    Beachwood, OH  44122-0253
13448591        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2020 05:02:46
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13440528        E-mail/Text: appebnmailbox@sprint.com Sep 10 2020 05:02:51      Sprint,   P.O. Box 4181,
                 Carol Stream, IL  60197
13440531       +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Sep 10 2020 05:02:30      The Company Corporation,
                 2711 Centerville Rd.,    Wilmington, DE 19808-1660
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
cr*            +Allentown School District and Public Asset Managem,   c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,   Norristown, PA 19404-3020
cr*            +BANK OF AMERICA, N.A.,    7105 Corporate Drive,   PLANO, TX 75024-4100
cr*            +BANK OF AMERICA, N.A.,    7105 Corporate Drive,   PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,   7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,   7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,   7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,   7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,   7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,   7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,   7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,   7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,   7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,   7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +Bank of America, N.A.,    The Bank of New York Mellon Fka The Bank,   7105 Corporate Drive,
                 PLANO, TX 75024-4100
cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr*            +Susquehanna Bank,    9 North High Street, MC 232,   West Chester, PA 19380-3002
13440497*       American Express,    P.O. Box 360001,   Fort Lauderdale, FL  33336-0001
13516349*       American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13440496        ##American Express,    PO Box 360001,   Fort Lauderdale, FL  33336-0001
13440517        ##Nationwide Credit, Inc.,    P.O. Box 26314,   Lehigh Valley, PA  18002-6314
13440523        ##Portnoff Law Associates,    1000 Sandy Hill Rd., Suite #150,   Norristown, PA  19401
                                                                                   TOTALS: 0, * 20, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-4        User: YvetteWD           Page 3 of 3              Date Rcvd: Sep 09, 2020
                            Form ID: 138NEW          Total Noticed: 65
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              DALE  R. WILES    on behalf of Defendant    City Of Allentown Dale.Wiles@allentownpa.gov
              FRANCES A. FRUHWIRTH    on behalf of Defendant    City Of Allentown
               Frances.Fruhwirth@allentownpa.gov
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District and Public Asset
               Management Inc., assignee of the Allentown School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC
               Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              KEVIN K. KERCHER    on behalf of Plaintiff Alfredo A. Dominguez kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Debtor Alfredo A. Dominguez kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    The Bank Of New York Mellon Et al.
               mbrushwood@barley.com
              PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              PHILLIP D. BERGER    on behalf of Creditor    Susquehanna Bank berger@bergerlawpc.com,
               kaufmann@bergerlawpc.com
              PHILLIP D. BERGER    on behalf of Creditor    BB&T Bank, successor by merger to Susquehanna Bank
               berger@bergerlawpc.com, kaufmann@bergerlawpc.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    Green Tree Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  HRONIS    on behalf of Mediator William  Hronis william.hronis@gmail.com, hronis@rcn.com
                                                                                             TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Alfredo A. Dominguez
        Debtor(s)                                       Bankruptcy No: 14–19811–pmm
                                                                    Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                          For The Court
                                                        Timothy B. McGrath
                                                        Clerk of Court

Dated: 9/9/20

                                                                               93 – 91
                                                                    Form 138_new