United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 14-19811-pmm
Alfredo A. Dominguez                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: YvetteWD    Page 1 of 1    Date Rcvd: Sep 09, 2020
                        Form ID: 212    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2020.
db              +Alfredo A. Dominguez,    347 N. 2nd St., Rear,    Allentown, PA 18102-3537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2020 at the address(es) listed below:
      DALE  R. WILES    on behalf of Defendant    City Of Allentown Dale.Wiles@allentownpa.gov
      FRANCES A. FRUHWIRTH    on behalf of Defendant    City Of Allentown
       Frances.Fruhwirth@allentownpa.gov
      JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District and Public Asset
       Management Inc., assignee of the Allentown School District jwood@portnoffonline.com,
       jwood@ecf.inforuptcy.com
      JOSHUA I. GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC
       Josh.Goldman@padgettlawgroup.com,   kevin.shatley@padgettlawgroup.com
      KEVIN K. KERCHER    on behalf of Debtor Alfredo A. Dominguez kevinkk@kercherlaw.com,
       kevin@kercherlaw.com
      KEVIN K. KERCHER    on behalf of Plaintiff Alfredo A. Dominguez kevinkk@kercherlaw.com,
       kevin@kercherlaw.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    The Bank Of New York Mellon Et al.
       mbrushwood@barley.com
      PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      PHILLIP D. BERGER    on behalf of Creditor    Susquehanna Bank berger@bergerlawpc.com,
       kaufmann@bergerlawpc.com
      PHILLIP D. BERGER    on behalf of Creditor    BB&T Bank, successor by merger to Susquehanna Bank
       berger@bergerlawpc.com, kaufmann@bergerlawpc.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      THOMAS I. PULEO    on behalf of Creditor    Green Tree Servicing LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  HRONIS    on behalf of Mediator William  Hronis william.hronis@gmail.com,  hronis@rcn.com
                                                                                                         TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Alfredo A. Dominguez

Debtor(s)  Case No: 14–19811–pmm

___

*ORDER*

AND NOW, 9/9/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Patricia M. Mayer

Judge ,United States Bankruptcy Court