UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :
   ALFREDO A. DOMINGUEZ,        :    CHAPTER 13
                                :
      Debtor                    :    BKRTCY. NO. 14-19811 pmm

ORDER GRANTING ADDITIONAL TIME TO FILE
FINANCIAL MANAGEMENT COURSE CERTIFICATE

IT IS **ORDERED** that the Debtor herein shall have until October 15, 2020 to file the required Financial Management Course Certificate.

BY THE COURT:

*Patricia M. Mayer*

PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE

Date: 10/7/20