Certificate Number: 03621-PAE-DE-034960534

Bankruptcy Case Number: 14-19811



03621-PAE-DE-034960534

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2020, at 8:28 o'clock PM EDT, Alfredo A Dominguez completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 7, 2020               By:   /s/Damaris Soto

                                      Name:  Damaris Soto

                                      Title: Credit Counselor