United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Alfredo A. Dominguez  
    Debtor(s)

Case No. 14-19811-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: YvetteWD | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alfredo A. Dominguez, 347 N. 2nd St., Rear, Allentown, PA 18102-3537 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name**      **Email Address**

CHARLES GRIFFIN WOHLRAB  
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@rascrane.com

DALE R. WILES  
    on behalf of Defendant City Of Allentown Dale.Wiles@allentownpa.gov

FRANCES A. FRUHWIRTH  
    on behalf of Defendant City Of Allentown Frances.Fruhwirth@allentownpa.gov

JAMES RANDOLPH WOOD  
    on behalf of Creditor Allentown School District and Public Asset Management Inc.  assignee of the Allentown School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

JOSHUA I. GOLDMAN  
    on behalf of Creditor Green Tree Servicing LLC Josh.Goldman@padgettlawgroup.com  kevin.shatley@padgettlawgroup.com

KEVIN K. KERCHER

Case 14-19811-pmm    Doc 101    Filed 10/09/20    Entered 10/10/20 01:48:13    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: YvetteWD | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Debtor Alfredo A. Dominguez kevinkk@kercherlaw.com  kevin@kercherlaw.com

KEVIN K. KERCHER
        on behalf of Plaintiff Alfredo A. Dominguez kevinkk@kercherlaw.com  kevin@kercherlaw.com

LISA MARIE CIOTTI
        on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MATTHEW GREGORY BRUSHWOOD
        on behalf of Creditor The Bank Of New York Mellon Et al. mbrushwood@barley.com
        jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

PETER J. ASHCROFT
        on behalf of Creditor Ditech Financial LLC pashcroft@bernsteinlaw.com  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

PHILLIP D. BERGER
        on behalf of Creditor Susquehanna Bank berger@bergerlawpc.com  kaufmann@bergerlawpc.com

PHILLIP D. BERGER
        on behalf of Creditor BB&T Bank  successor by merger to Susquehanna Bank berger@bergerlawpc.com,
        kaufmann@bergerlawpc.com

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

THOMAS I. PULEO
        on behalf of Creditor Green Tree Servicing LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM HRONIS
        on behalf of Mediator William Hronis william.hronis@gmail.com  hronis@rcn.com

TOTAL: 16

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :
                                        :
   ALFREDO A. DOMINGUEZ,              :   CHAPTER 13
                                        :
      Debtor                          :   BKRTCY. NO. 14-19811 pmm

### ORDER GRANTING ADDITIONAL TIME TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE

IT IS **ORDERED** that the Debtor herein shall have until October 15, 2020 to file the required Financial Management Course Certificate.

BY THE COURT:

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**

Date: 10/7/20