United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Alfredo A. Dominguez  
    Debtor(s)

Case No. 14-19811-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Oct 09, 2020      Form ID: 3180W      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alfredo A. Dominguez, 347 N. 2nd St., Rear, Allentown, PA 18102-3537 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13487372 | + | Allentown School District and Public Asset Managem, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13519679 | | Berkheimer Assoc., Agent for Allentown City, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072 |
| 13459385 | + | City of Allentown, c/o Northeast Revenue Service, LLC, 15 Public Square, Suite 202, Wilkes-Barre, PA 18701-1703 |
| 13440507 | + | Express Working Capital LLC, 545 E. John Carpenter Freeway, Ste. 670, Irving, TX 75062-8169 |
| 13777773 | + | Law Office of Kevin K. Kercher, 881 Third St., Ste. C-2, Whitehall, PA 18052-5930 |
| 14440439 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13456906 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13464539 | + | Susquehanna Bank, 9 North High Street, MC 232, West Chester, PA 19380-3002 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 10 2020 02:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13510185 | | EDI: BECKLEE.COM | Oct 10 2020 05:18:00 | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13440502 | | Email/Text: coabankruptcy@allentownpa.gov | Oct 10 2020 02:13:00 | City Of Allentown, 435 Hamilton St, Room #215, Allentown, PA 18101 |
| 13448591 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2020 02:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13494017 | + | EDI: BANKAMER.COM | Oct 10 2020 05:18:00 | The Bank of New York Mellon, Et al., Bank of America, N.A., 7105 Corporate Drive, Plano, TX 75024-4100 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13516349 | * | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

**Name** — **Email Address**

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@rascrane.com

DALE R. WILES
on behalf of Defendant City Of Allentown Dale.Wiles@allentownpa.gov

FRANCES A. FRUHWIRTH
on behalf of Defendant City Of Allentown Frances.Fruhwirth@allentownpa.gov

JAMES RANDOLPH WOOD
on behalf of Creditor Allentown School District and Public Asset Management Inc.  assignee of the Allentown School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

JOSHUA I. GOLDMAN
on behalf of Creditor Green Tree Servicing LLC Josh.Goldman@padgettlawgroup.com  kevin.shatley@padgettlawgroup.com

KEVIN K. KERCHER
on behalf of Plaintiff Alfredo A. Dominguez kevinkk@kercherlaw.com  kevin@kercherlaw.com

KEVIN K. KERCHER
on behalf of Debtor Alfredo A. Dominguez kevinkk@kercherlaw.com  kevin@kercherlaw.com

LISA MARIE CIOTTI
on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MATTHEW GREGORY BRUSHWOOD
on behalf of Creditor The Bank Of New York Mellon Et al. mbrushwood@barley.com jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

PETER J. ASHCROFT
on behalf of Creditor Ditech Financial LLC pashcroft@bernsteinlaw.com  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

PHILLIP D. BERGER
on behalf of Creditor Susquehanna Bank berger@bergerlawpc.com  kaufmann@bergerlawpc.com

PHILLIP D. BERGER
on behalf of Creditor BB&T Bank  successor by merger to Susquehanna Bank berger@bergerlawpc.com, kaufmann@bergerlawpc.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS I. PULEO
on behalf of Creditor Green Tree Servicing LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM HRONIS
on behalf of Mediator William Hronis william.hronis@gmail.com  hronis@rcn.com

TOTAL: 16

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Alfredo A. Dominguez** | Social Security number or ITIN  **xxx–xx–9343** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **14–19811–pmm** | | |

# Order of Discharge                                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alfredo A. Dominguez

10/8/20                                                      **By the court:**    Patricia M. Mayer
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**