United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                  Case No. 14-19811-pmm
Alfredo A. Dominguez                                                                                                    Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: YvetteWD | Page 1 of 2 |
| Date Rcvd: Oct 13, 2020 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

**Recip ID          Recipient Name and Address**
db          +  Alfredo A. Dominguez, 347 N. 2nd St., Rear, Allentown, PA 18102-3537

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020                                            Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:**

**Name                            Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@rascrane.com

DALE R. WILES
    on behalf of Defendant City Of Allentown Dale.Wiles@allentownpa.gov

FRANCES A. FRUHWIRTH
    on behalf of Defendant City Of Allentown Frances.Fruhwirth@allentownpa.gov

JAMES RANDOLPH WOOD
    on behalf of Creditor Allentown School District and Public Asset Management Inc.  assignee of the Allentown School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Green Tree Servicing LLC Josh.Goldman@padgettlawgroup.com  kevin.shatley@padgettlawgroup.com

KEVIN K. KERCHER

| | | |
|---|---|---|
| District/off: 0313-4 | User: YvetteWD | Page 2 of 2 |
| Date Rcvd: Oct 13, 2020 | Form ID: 195 | Total Noticed: 1 |

    on behalf of Debtor Alfredo A. Dominguez kevinkk@kercherlaw.com  kevin@kercherlaw.com

KEVIN K. KERCHER
    on behalf of Plaintiff Alfredo A. Dominguez kevinkk@kercherlaw.com  kevin@kercherlaw.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MATTHEW GREGORY BRUSHWOOD
    on behalf of Creditor The Bank Of New York Mellon Et al. mbrushwood@barley.com
    jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

PETER J. ASHCROFT
    on behalf of Creditor Ditech Financial LLC pashcroft@bernsteinlaw.com  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

PHILLIP D. BERGER
    on behalf of Creditor Susquehanna Bank berger@bergerlawpc.com  kaufmann@bergerlawpc.com

PHILLIP D. BERGER
    on behalf of Creditor BB&T Bank  successor by merger to Susquehanna Bank berger@bergerlawpc.com,
    kaufmann@bergerlawpc.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor Green Tree Servicing LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM HRONIS
    on behalf of Mediator William Hronis william.hronis@gmail.com  hronis@rcn.com

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Alfredo A. Dominguez  : Case No. 14−19811−pmm
     Debtor(s)

### *ORDER*
_____

AND NOW, this day , 13th of October 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Patricia M. Mayer
    Judge , United States Bankruptcy Court